OPINION — AG — QUESTION: MAY A COUNTY FREE FAIR BOARD, ORGANIZED AND EXISTING AS ABOVE SET FORTH, EXPEND CONCESSIONS MONEY PROVIDED FOR INS 2 O.S. 1961 102 [2-102], TO REPAIR AND IMPROVE FREE FAIR BUILDINGS SITUATED ON PROPERTY OWNED BY THE CITY AND LEASED BY THE FAIR BOARD FROM THE CITY? ANSWER: YES CITE: 2 O.S. 1961 91-102 [2-91] — [2-102], 2 O.S. 1961 101 [2-101], 2 O.S. 1961 103 [2-103] (BRUCK BAILEY)